930

No. 612. SCAGGS *v.* LARSEN ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 621. INDIANAPOLIS NEWSPAPERS, INC. *v.* FIELDS. Sup. Ct. Ind. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 5365. SHAK *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 5366. SHAK *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 624. CLIFFORD *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 5727. WARNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 247. ST. MICHAEL & ARCHANGEL RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH ET AL. *v.* UHNIAT ET AL., *ante*, p. 823; and

No. 305. SKEGA AKTIEBOLAG, FORMERLY SKELLEFTEA GUMMIFABRIKS A.–B., ET AL. *v.* B. F. GOODRICH Co., *ante*, p. 825. Petitions for rehearing denied.